Certificate Number: 17082-PAM-DE-033499553

Bankruptcy Case Number: 19-04051



17082-PAM-DE-033499553

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 2, 2019, at 8:04 o'clock PM MST, HEATHER E MARSHALL completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 2, 2019

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director