**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Heather Elaine Marshall** |
| | First Name · Middle Name · Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number | 1:19-bk-04051 |

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                                     12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

| | | |
|---|---|---|
| **1.1** | | |

**1600 Altland Ave**
Street address, if available, or other description

**York**          **PA**    **17404**
City          State    ZIP Code

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Residence: 3 Br Rancher With 2.5 Ba, Kitchen, Lr, Dr, Attached Garage**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?
**$172,000.00**

Current value of the portion you own?
**$172,000.00**

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here....................................................................=>**            **$172,000.00**

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Chrysler** |
|---|---|---|
| | Model: | **Town & Country** |
| | Year: | **2012** |
| | Approximate mileage: | **175615** |
| | Other information: | |

Vehicle: Value Listed Below Is From Kelly Blue Book

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$4,901.00** | **$4,901.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here................................................................=>     **$4,901.00**

| **Part 3:** | **Describe Your Personal and Household Items** |
|---|---|

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

Household: Second Hand Furniture, Kitchenware, Tools, Cell Phone, Eye Glasses, Old Gas Grill (Partially Broken)            **$885.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

Electronics: 1 Hp Laptop            **$50.00**

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes. Describe.....

Collectibles: None            **$0.00**

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes. Describe.....

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| **Sports-Hobby: 1 Used Pop Tent, 2 Fold Up Chairs, Camp Cot** | $25.00 |
|---|---|

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

| **Clothes: Work Clothes, Casual Clothes, Sleep Wear, Shoes, Purses** | $50.00 |
|---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

| **Jewelry: 4 Diamond Rings($100), 1 Topaz Ring($20), 1 Green Amethyst Ring ($20), 1 Emerald & Diamond Ring ($90)** | $210.00 |
|---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes.  Describe.....

| **Animals: No Valuable Animals** | $0.00 |
|---|---|

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
    for Part 3. Write that number here ..............................................................................

    | $1,220.00 |
    |---|

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

Do you own or have any legal or equitable interest in any of the following?          **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes..............................................................................................................

    **Cash: None**                                              $0.00

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.......................              Institution name:

| | | |
|---|---|---|
| 17.1. | **Checking Account: Pnc Bank** | $1,272.00 |
| 17.2. | **Savings Account: Pnc Bank** | $311.28 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☑ No
    ☐ Yes..................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☑ No
    ☐ Yes.  Give specific information about them....................
          Name of entity:                                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ☑ No
    ☐ Yes. Give specific information about them
          Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ☑ Yes. List each account separately.
          Type of account:          Institution name:

| | |
|---|---|
| **Retirement: Nfs/fmtc Rollover Ira, Pnc Investments,llc** | $25,805.13 |
| **Retirement: Fidelity Investment** | $858.00 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☑ No
    ☐ Yes. ....................    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ☑ No
    ☐ Yes............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☑ No
    ☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☑ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☑ No
    ☐ Yes.  Give specific information about them...

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
    benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    
    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
    someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ☐ No
    ■ Yes.  Give specific information..

| Cash for auction sale of jewelry | $9,000.00 |
|---|---|

| Delta Dental reimbursement check | $87.00 |
|---|---|

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
    for Part 4. Write that number here...............................................................................................................** | $37,333.41 |

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Case 1:19-bk-04051-HWV    Doc 16    Filed 10/27/19    Entered 10/27/19 12:49:30    Desc
Main Document    Page 5 of 27

37.  **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes.  Go to line 38.

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes.  Go to line 47.

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53.  **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................

$0.00

| Part 8: | **List the Totals of Each Part of this Form** |
|---|---|

55.  **Part 1: Total real estate, line 2** ........................................................................................................   $172,000.00

56.  **Part 2: Total vehicles, line 5**                                                        $4,901.00

57.  **Part 3: Total personal and household items, line 15**                                 $1,220.00

58.  **Part 4: Total financial assets, line 36**                                             $37,333.41

59.  **Part 5: Total business-related property, line 45**                                       $0.00

60.  **Part 6: Total farm- and fishing-related property, line 52**                              $0.00

61.  **Part 7: Total other property not listed, line 54**                      +                 $0.00

62.  **Total personal property. Add lines 56 through 61**...          $43,454.41    Copy personal property total          $43,454.41

63.  **Total of all property on Schedule A/B**. Add line 55 + line 62                                          $215,454.41

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# APPRAISAL OF



## LOCATED AT:

1600 Altland Ave
York, PA 17404

## CLIENT:

Heather Marshall
1600 Altland Ave
York, PA, 17404

## AS OF:

October 16, 2019

## BY:

ROBERT E. THOMAN
PA STATE CERTIFIED RESIDENTIAL APPRAISER

October 24, 2019

Heather Marshall
1600 Altland Ave
York, PA, 17404

File Number:  19-535

Dear Client,

In accordance with your request, I have appraised the real property at:

1600 Altland Ave
York, PA  17404

The purpose of this appraisal is to develop an opinion of the defined value of the subject property, as improved. The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the defined value of the property as of   October 16, 2019                              is:

$172,000
One Hundred Seventy-Two Thousand  Dollars

The attached report contains the description, analysis and supportive data for the conclusions, final opinion of value, descriptive photographs, assignment conditions and appropriate certifications.

Sincerely,

ROBERT E. THOMAN
PA STATE CERTIFIED RESIDENTIAL APPRAISER
RL139445

APPRAISAL REPORT
# Residential Appraisal Report

File No. 19-535

**PURPOSE**

The purpose of this appraisal report is to provide the client with a credible opinion of the defined value of the subject property, given the intended use of the appraisal.

Client Name/Intended User **Heather Marshall**  E-mail **colleendoll@aol.com**

Client Address **1600 Altland Ave**  City **York**  State **PA**  Zip **17404**

Additional Intended User(s) **Client noted above and their Attorneys and Legal Representatives**

Intended Use **The intended use is to evaluate the property which is the Subject of this Appraisal for legal proceeding purposes. Any other use of the report by any other user is prohibited.**

**SUBJECT**

Property Address **1600 Altland Ave**  City **York**  State **PA**  Zip **17404**

Owner of Public Record **Heather E and Larry R Marshall**  County **York**

Legal Description **Deed Book 1988 and Page 2859**

Assessor's Parcel # **51-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-00-00000**  Tax Year **2019**  R.E. Taxes $ **4,440.00**

Neighborhood Name **West York**  Map Reference **3270 G7**  Census Tract **0215.00**

Property Rights Appraised  [X] Fee Simple  [ ] Leasehold  [ ] Other (describe)

My research [ ] did  [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Prior Sale/Transfer:  Date **09/26/2008**  Price **$189,900**  Source(s) **York County Tax Records/Bright MLS**

**SALES HISTORY**

Analysis of prior sale or transfer history of the subject property (and comparable sales, if applicable)  **The Subject did not have a sale or transfer during the three years prior to the effective date of this Appraisal report. None of the comparables had a sale or transfer within the year prior to their most recent closing sale dates.**

Offerings, options and contracts as of the effective date of the appraisal  **Bright Multiple Listing Service Records did not indicate any sale offerings for the Subject in the past twelve months. It is unknown to the Appraiser whether the Subject may have been privately listed for sale by owner.**

**NEIGHBORHOOD**

| Neighborhood Characteristics | | One-Unit Housing Trends | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|
| Location | [ ] Urban [X] Suburban [ ] Rural | Property Values | [X] Increasing [ ] Stable [ ] Declining | PRICE $(000) | AGE (yrs) | One-Unit | 80 % |
| Built-Up | [X] Over 75% [ ] 25-75% [ ] Under 25% | Demand/Supply | [ ] Shortage [X] In Balance [ ] Over Supply | | | 2-4 Unit | 0 % |
| Growth | [ ] Rapid [X] Stable [ ] Slow | Marketing Time | [X] Under 3 mths [ ] 3-6 mths [ ] Over 6 mths | 45 Low | 55 | Multi-Family | 0 % |
| Neighborhood Boundaries | North of W Market St (Rte 462), South and West of Carlisle Rd (Rte 74) and East of | | | 180 High | 125 | Commercial | 20 % |
| Route 30 | | | | 130 Pred. | 75 | Other Vacant | 0 % |

Neighborhood Description  **The Subject property is located in West Manchester Township in the West York Area School District. It is conveniently located near schools, shopping, employment centers and several major travel arteries. Homes in this neighborhood vary in size, age, style and amenities. Commercial and residential uses are found within the Subjects market area.**

Market Conditions (including support for the above conclusions)  **Conventional and FHA financing are predominant in the local market. The average marketing time for this neighborhood ranges between 1-90 days. Information from the York Adams Board of Realtors indicates the median sale price of all type dwellings having sold in the West York Area School District increased 6% during the first nine months of 2019. I have determined any increase or decrease within 5% is reflective of a stable market. There was a 2% increase in all of 2018.**

**SITE**

Dimensions **69 X 198 X 115 X 212**  Area **.33 Acre (Per Tax Records)**  Shape **Irregular**  View **Neighborhood**

Specific Zoning Classification **R3**  Zoning Description **R-3 Residential Zone**

Zoning Compliance  [X] Legal  [ ] Legal Nonconforming (Grandfathered Use)  [ ] No Zoning  [ ] Illegal (describe)

Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use?  [X] Yes  [ ] No  If No, describe.  **The township zoning ordinance permits the use of a single family detached dwelling.**

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | [ ] | Water | [X] | [ ] | Street Asphalt | [X] | [ ] |
| Gas | [X] | [ ] | Sanitary Sewer | [X] | [ ] | Alley None | | |

Site Comments  **Typical site with no apparent easements or encroachments noted. The Appraiser did not examine all title documents. The Appraiser is not a home, pest, environmental inspector or land surveyor. The Appraisers inspection of the property was limited to what was readily observable on surface areas.**

**IMPROVEMENTS**

| GENERAL DESCRIPTION | FOUNDATION | EXTERIOR DESCRIPTION  materials | INTERIOR  materials |
|---|---|---|---|
| Units [X] One [ ] One w/Acc. unit | [ ] Concrete Slab [ ] Crawl Space | Foundation Walls Concrete Block | Floors HdWd/Carpet/Vinyl |
| # of Stories 1 | [X] Full Basement [ ] Partial Basement | Exterior Walls Brick/Vinyl | Walls Plaster/Paint |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | Basement Area 1640 sq. ft. | Roof Surface Shingle | Trim/Finish Wood/Paint |
| [X] Existing [ ] Proposed [ ] Under Const. | Basement Finish 35 % | Gutters & Downspouts Aluminum | Bath Floor Vinyl |
| Design (Style) Rancher | [X] Outside Entry/Exit [ ] Sump Pump | Window Type Double Hung | Bath Wainscot Tile/Fiberglass |
| Year Built 1954 | | Storm Sash/Insulated No/Yes | Car Storage [X] None |
| Effective Age (Yrs) 30 | | Screens Yes | [ ] Driveway # of Cars 2 |
| Attic [ ] None | Heating [X] FWA [ ] HW [ ] Radiant | Amenities [ ] WoodStove(s) #0 | Driveway Surface Asphalt |
| [ ] Drop Stair [X] Stairs | [ ] Other  Fuel Gas | [X] Fireplace(s) # 1 [ ] Fence None | [X] Garage # of Cars 2 |
| [ ] Floor [ ] Scuttle | Cooling [X] Central Air Conditioning | [X] Patio/Deck 1/0 [X] Porch Rear | [ ] Carport # of Cars 0 |
| [ ] Finished [ ] Heated | [ ] Individual [ ] Other | Pool None [ ] Other None | [X] Att. [ ] Det. [ ] Built-in |
| Appliances [P] Refrigerator [P] Range/Oven [X] Dishwasher [ ] Disposal [X] Microwave [P] Washer/Dryer [ ] Other (describe) | | | |

Finished area above grade contains:  **6** Rooms  **3** Bedrooms  **2** Bath(s)  **1,640** Square Feet of Gross Living Area Above Grade

Additional Features  **The windows are insulated. There is a fireplace in the living room however I was told it does not work.**

Comments on the Improvements  **The Subject appears to be functionally adequate and physically in overall average condition. The property owner stated the roof was replaced in 2008, central air conditioning was installed in 2014, the furnace was replaced in 2006 and the hot water heater was replaced in 2010. The lower level has a rec room and a half bathroom.**

This form Copyright © 2005-2014 ACI, All Rights Reserved.
(gPAR™) General Purpose Appraisal Report 12/2005
GPAR100X_05 11122014



gpar™ general purpose appraisal report.

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 1600 Altland Ave<br>York, PA 17404 | 1616 Altland Ave<br>York, PA 17404 | | 1800 Altland Ave<br>York, PA 17404 | | 1989 Worth St<br>York, PA 17404 | |
| Proximity to Subject | | 0.02 miles NW | | 0.22 miles SW | | 0.47 miles SW | |
| Sale Price | $ 0 | $ 169,900 | | $ 155,000 | | $ 175,000 | |
| Sale Price/Gross Liv. Area | $ 104.88 sq. ft. | $ 131.91 sq. ft. | | $ 120.34 sq. ft. | | $ 142.05 sq. ft. | |
| Data Source(s) | | BMLS #PAYK100151 | | BMLS #PAYK119128 | | BMLS #PAYK118456 | |
| Verification Source(s) | | York County Tax Records | | York County Tax Records | | York County Tax Records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | FHA/CC-$10,194 | -10,194 | Conv/CC-$0 | | Conv/CC-$5,250 | -5,250 |
| Concessions | | DOM/2 | | DOM/7 | | DOM/32 | |
| Date of Sale/Time | | 09/30/2019 | | 08/02/2019 | | 08/30/2019 | |
| Location | Suburban | Suburban | | Suburban | | Suburban | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | .33 Acre | .45 Acre | 0 | .23 Acre | 0 | .25 Acre | 0 |
| View | Neighborhood | Neighborhood | | Neighborhood | | Neighborhood | |
| Design (Style) | Rancher | Rancher | | Rancher | | Rancher | |
| Quality of Construction | Brick/Vinyl | Brick | 0 | Brick | 0 | Brick | 0 |
| Actual Age | 65 Years | 65 Years | | 64 Years | | 57 Years | 0 |
| Condition | Average | Average/Good | -8,500 | Average | | Average/Good | -8,800 |
| Above Grade | Total 6 Bdrms. 3 Baths 2 | Total 6 Bdrms. 3 Baths 1 | | Total 6 Bdrms. 3 Baths 1 | | Total 5 Bdrms. 3 Baths 1 | |
| Room Count | | | (Ba) 3,000 | | (Ba) 3,000 | | (Ba) 3,000 |
| Gross Living Area 25.00 | 1,640 sq. ft. | 1,288 sq. ft. | 8,800 | 1,288 sq. ft. | 8,800 | 1,232 sq. ft. | 10,200 |
| Basement & Finished | Full | Full | | Full | | Full | |
| Rooms Below Grade | Rec Room/Half Bath | Unfinished | 2,900 | Bath | 1,900 | Family Room/Bath | -4,800 |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | FWA/CAC | |
| Energy Efficient Items | No Unusual | No Unusual | | No Unusual | | No Unusual | |
| Garage/Carport | 2 Car Garage | 1 Car Garage | 3,000 | 1 Car Garage | 3,000 | 1 Car Garage | 3,000 |
| Porch/Patio/Deck | Porch/Patio | Deck | 0 | 2 Porches/Patio | 0 | 2 Porches | 0 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - $ | 994 | ☒ + ☐ - $ | 16,700 | ☐ + ☒ - $ | 2,650 |
| Adjusted Sale Price | | Net Adj. -0.6% | | Net Adj. 10.8% | | Net Adj. -1.5% | |
| of Comparables | | Gross Adj. 21.4% $ | 168,906 | Gross Adj. 10.8% $ | 171,700 | Gross Adj. 20.0% $ | 172,350 |

Summary of Sales Comparison Approach   The four closed sales used in this report were determined to be the most similar to the Subject property.  Appropriate adjustments have been made for all known differences.  All four sales are ranch style three bedroom dwellings located in the West York Area School District. Comparables #1, #2 and #3 sold within the past three months.  Comparables #2 and #4 appear to be in a similar overall condition as the Subject.  Comparable #4 did not require a square footage (GLA) adjustment and it has the least gross and number of adjustments.  All sales are considered to be viable comparables with most weight allotted to #1, #2 and #3 for the above stated reasons.  The full amount paid in seller assisted closing costs was deducted from Comparables #1, #3 and #4. Based on MLS listing information, Comparables #1 and #3 had numerous recent upgrades or enhanced amenities with a Condition adjustment made to those two sales.  The Rooms Below Grade adjustment was determined by their total size, condition and functionality.  This same principle applies to the Porch/Patio/Deck line adjustment.

COST APPROACH TO VALUE
Site Value Comments   The estimated site value is from Bright Multiple Listing Service sales of vacant land that sold during the past 24 months within the Subjects school district, being similar in size, location and amenities.  A sampling of these land sales are as follows: 660 Greenwood Rd, York - .46ac, $21,000, 06/26/2019 and 0 Parkton Ln, York - .39ac, $25,000, 09/07/2018.

| ☐ ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . = $ | 25,000 |
|---|---|---|
| Source of cost data | Dwelling Sq. Ft. @ $ . . . . . . . . . . . . = $ | 0 |
| Quality rating from cost service        Effective date of cost data | Sq. Ft. @ $ . . . . . . . . . . . . = $ | 0 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | 0 |
| The cost approach is not considered a valid method of achieving fair market | Garage/Carport Sq. Ft. @ $ . . . . . . . . . . . . = $ | 0 |
| value for homes of this age and therefore it was not used in this Appraisal report. | Total Estimate of Cost-New . . . . . . . . . . . . . . . . . . . . = $ | 0 |
| | Less 60 Physical Functional External | |
| | Depreciation = $ ( | 0) |
| | Depreciated Cost of Improvements . . . . . . . . . . . . . . . . . . . . . . = $ | 0 |
| | "As-is" Value of Site Improvements . . . . . . . . . . . . . . . . . . . . . . . . . = $ | |
| | INDICATED VALUE BY COST APPROACH . . . . . . . . . . . . . . . . . . = $ | 0 |

INCOME APPROACH TO VALUE
Estimated Monthly Market Rent $ 0.00 X Gross Rent Multiplier 0.00 = $ 0 Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM)   Homes in this price range and neighborhood are typically purchased for use and not income.  The income approach lacks rationale and was not developed.

Indicated Value by: Sales Comparison Approach $ 172,000        Cost Approach (if developed) $ 0        Income Approach (if developed) $ 0
The income approach and the cost approach were considered but most emphasis was given to the sales comparison approach.

This appraisal is made ☒ "as is,"  ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed ☐ subject to the following: Appraised in current condition.

Based on the scope of work, assumptions, limiting conditions and appraiser's certification, my (our) opinion of the defined value of the real property that is the subject of this report is $ 172,000 as of 10/16/2019 , which is the effective date of this appraisal.


gpar
general purpose appraisal report

Case 1:19-bk-04051-HWV   Doc 16   Filed 10/27/19   Entered 10/27/19 12:49:30   Desc
Main Document    Page 10 of 27

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
|---|---|---|---|---|---|---|---|
| 1600 Altland Ave | | 1769 Altland Ave | | | | | |
| Address York, PA 17404 | | York, PA 17404 | | | | | |
| Proximity to Subject | | 0.19 miles NW | | | | | |
| Sale Price | $ 0 | | $ 179,900 | | $ | | $ |
| Sale Price/Gross Liv. Area | $ 104.88 sq. ft. | $ 113.86 sq. ft. | | $ sq. ft. | | $ sq. ft. | |
| Data Source(s) | | BMLS #1002593332 | | | | | |
| Verification Source(s) | | York County Tax Records | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | VA/CC-$6,190 | -6,190 | | | | |
| Concessions | | DOM/53 | | | | | |
| Date of Sale/Time | | 10/26/2018 | | | | | |
| Location | Suburban | Suburban | | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | | | |
| Site | .33 Acre | .36 Acre | 0 | | | | |
| View | Neighborhood | Neighborhood | | | | | |
| Design (Style) | Rancher | Rancher | | | | | |
| Quality of Construction | Brick/Vinyl | Brick | 0 | | | | |
| Actual Age | 65 Years | 65 Years | | | | | |
| Condition | Average | Average | | | | | |
| Above Grade | Total 6 Bdrms. 3 Baths 2 | Total 6 Bdrms. 3 Baths 2 | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | | | | | | | |
| Gross Living Area 25.00 | 1,640 sq. ft. | 1,580 sq. ft. | 0 | sq. ft. | | sq. ft. | |
| Basement & Finished | Full | Full | | | | | |
| Rooms Below Grade | Rec Room/Half Bath | Unfinished | 2,900 | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | | | | |
| Energy Efficient Items | No Unusual | No Unusual | | | | | |
| Garage/Carport | 2 Car Garage | 2 Car Garage | | | | | |
| Porch/Patio/Deck | Porch/Patio | Porch/Deck | 0 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐+ ☒- | $ 3,290 | ☐+ ☐- | $ | ☐+ ☐- | $ |
| Adjusted Sale Price | | Net Adj. -1.8% | | Net Adj. % | | Net Adj. % | |
| of Comparables | | Gross Adj. 5.1% | $ 176,610 | Gross Adj. % | $ | Gross Adj. % | $ |

Summary of Sales Comparison Approach

Produced using ACI software, 800.234.8727 www.aciweb.com
Additional Comparables

This form Copyright © 2005-2014 ACI, All Rights Reserved.
(gPAR™) General Purpose Appraisal Report 12/2005
GPAR1004_05 11122014

SALES COMPARISON APPROACH


gpar™
general purpose appraisal report

| Client: Heather Marshall | | File No.: 19-535 | |
| --- | --- | --- | --- |
| Property Address: 1600 Altland Ave | | Case No.: | |
| City: York | State: PA | | Zip: 17404 |

# UNIFORM RESIDENTIAL APPRAISAL REPORT ADDENDUM

**THIS APPRAISAL WAS PREPARED IN COMPLIANCE WITH THE UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE, FIRREA, FDIC, OCC, OTS, AND RTC REQUIREMENTS AND IS AN APPRAISAL REPORT.**

**THE FOLLOWING ITEMS ARE SPECIFIC CONDITIONS THAT WERE IDENTIFIED BY THIS APPRAISER DURING THE INSPECTION OF THE SUBJECT PROPERTY, THE COMPARABLES SALES AND THEIR NEIGHBORHOODS AND LOCATIONS. UNLESS OTHERWISE NOTED, THE CONDITIONS THAT APPLY TO THE SUBJECT PROPERTY OR COMPARABLES USED, DO NOT AFFECT MARKET VALUE OR FUTURE MARKETABILITY OF THE SUBJECT PROPERTY BEING APPRAISED.**

THE INTENDED USER OF THIS REPORT IS THE REFERENCED CLIENT. THIS REPORT IS INTENDED TO ASSIST THE CLIENT IN MAKING A LEGAL PROCEEDINGS DECISION. ANY OTHER USE OF THE REPORT BY ANY OTHER USER IS PROHIBITED.

PER USPAP 2005 ETHICS RULE, "AN APPRAISER MUST NOT ACCEPT AN ASSIGNMENT THAT INCLUDES THE RECORDING OF THE PREDETERMINED OPINIONS AND CONCLUSIONS." THEREFORE, IF THERE WAS AN ESTIMATED VALUE ON THE APPRAISAL REQUEST, IT WAS NOT TAKEN INTO CONSIDERATION.

SOURCE OF MARKET VALUE DEFINITION
THE SOURCE FOR THE DEFINITION OF MARKET VALUE IS FROM REGULATIONS PUBLISHED BY VARIOUS FEDERAL REGULATORY AGENCIES PURSUANT TO TITLE XI OF FIRREA OF 1989. THESE AGENCIES INCLUDE THE FEDERAL RESERVE (FRS), THE NATIONAL CREDIT UNION ADMINISTRATION (NCUA), THE FEDERAL DEPOSIT INSURANCE CORPORATION (FDIC), THE OFFICE OF THRIFT SUPERVISION (OTS), AND THE OFFICE OF COMPTROLLER OF CURRENCY (OCC). THIS DEFINITION IS ALSO REFERENCED IN REGULATIONS PUBLISHED BY THE FDIC IN THE INTERAGENCY APPRAISAL AND EVALUATION GUIDELINES, ALSO KNOWN AS PART 323, DATED OCTOBER 27, 1994.

ANY PRIOR SALES FOR THE SUBJECT PROPERTY IN THE PAST THREE YEARS ARE LISTED UNDER THE GRID IN THE SPACE PROVIDED FOR SALE ANALYSIS AND/OR ON PAGE ONE OF THE MPSA. THIS INFORMATION WAS OBTAINED FROM THE COUNTY RECORDS. THE APPRAISER CAN ONLY ASSUME THAT THE INFORMATION PROVIDED IS COMPLETE AND ACCURATE AS OF THE EFFECTIVE DATE OF THE APPRAISAL. THE APPRAISER DOES NOT ASSUME RESPONSIBILITY FOR INACCURATE OR MISSING INFORMATION REPORTED IN TAX RECORDS.

SIGNATURES MAY BE DIGITAL OR STAMPED. THE DIGITAL SIGNATURES IN THIS REPORT ARE PASSWORD PROTECTED. PASSWORD PROTECT IS A FEATURE OF THE ACI SOFTWARE USED BY BOB THOMAN RESIDENTIAL APPRAISALS. THIS IS IN COMPLIANCE WITH USPAP STATEMENT #8.

THE SALE OF COMPARABLE #4 OCCURRED OVER SIX MONTHS PRIOR TO THE DATE OF THE APPRAISAL. ALL COMPARABLES USED WERE THE BEST AVAILABLE. USE OF THESE COMPARABLES WILL HAVE NO ADVERSE EFFECT ON MARKETABILITY OR FUTURE VALUE.

THE SUBJECT PROPERTY'S APPRAISED VALUE IS GREATER THAN THE PREDOMINANT NEIGHBORHOOD RANGE. THE SUBJECT IS NOT CONSIDERED AN OVER IMPROVEMENT AND THE PREDOMINANT NEIGHBORHOOD RANGE HAS NO ADVERSE EFFECT ON THE SUBJECT'S MARKETABILITY.

THE APPRAISER CERTIFIES THAT THE MARKET VALUE IS BASED ON THE THREE APPROACHES

# ADDENDUM

TO VALUE AND NOT BECAUSE OF A REQUEST TO FIND A MINIMUM OR MAXIMUM VALUE OR FUTURE MARKETABILITY IN THE APPRAISAL REPORT.

AT THE TIME OF INSPECTION, THE MECHANICAL SYSTEMS APPEARED TO BE IN SATISFACTORY WORKING ORDER.

THE COST APPROACH TO VALUE IS NOT UTILIZED, AS THE REPRODUCTION COSTS ON HOMES OF THE SUBJECTS AGE ARE PROHIBITIVE.

THE SUBJECT PROPERTY IS LOCATED IN AN AREA OF PRIMARILY OWNER-OCCUPIED, SINGLE FAMILY RESIDENCES. THEREFORE, THE INCOME APPROACH IS NOT CONSIDERED TO BE MEANINGFUL. FOR THIS REASON, THE INCOME APPROACH WAS NOT USED.

ALL COMPARABLES ARE CLOSED SALES. VERIFICATION IS FROM LOCAL MULTIPLE LISTING SERVICES AND/OR PUBLIC RECORDS.

COMMERCIAL AND/OR INDUSTRIAL USES ARE LOCATED WITHIN THE SUBJECT'S NEIGHBORHOOD. THESE USES ARE TYPICAL AND COMMON FOR THE NEIGHBORHOOD. THE PREDOMINANT USE IS STILL RESIDENTIAL IN NATURE. THIS CONDITION DOES NOT ADVERSELY AFFECT MARKET VALUE OR FUTURE MARKETABILITY OF THE SUBJECT PROPERTY.

DETECTION OF MOLD OR POTENTIALLY HAZARDOUS MATERIALS ARE BEYOND THE SCOPE OF EXPERTISE OF THIS APPRAISER. THE APPRAISER IS NOT QUALIFIED TO DETECT SUCH SUBSTANCES OR UNSEEN ENVIRONMENTAL HAZARDS. WE URGE THE CLIENT TO RETAIN AN EXPERT REGARDING THESE MATTERS.

THE PHOTOS OF COMPARABLE PROPERTIES ARE FROM THE MULTIPLE LISTING SERVICE AND ARE USED FOR EXPEDIENCY.

IN THE YORK COUNTY MARKETPLACE, IT IS COMMON NOT TO ADJUST COMPARABLE SALES FOR ANY SQUARE FOOTAGE DIFFERENCE OF LESS THAN 100 SQUARE FEET OR ANY ACREAGE DIFFERENCE LESS THAN A HALF ACRE. THE LACK OF THESE ADJUSTMENTS TO THE COMPARABLES WOULD HAVE NO EFFECT ON THE SUBJECT'S MARKETABILITY OR FUTURE VALUE.

THE CLIENT AGREES THAT SHOULD THE APPRAISER BE CALLED TO TESTIFY AS TO THIS APPRAISAL REPORT, THE CLIENT WILL REIMBURSE THE APPRAISER AT THE HOURLY RATE OF $150.00 IN ADDITION TO PARKING AND TRAVEL COSTS.

## Scope of Work, Assumptions and Limiting Conditions

Scope of work is defined in the Uniform Standards of Professional Appraisal Practice as " the type and extent of research and analyses in an assignment." In short, scope of work is simply what the appraiser did and did not do during the course of the assignment. It includes, but is not limited to: the extent to which the property is identified and inspected, the type and extent of data researched, the type and extent of analyses applied to arrive at opinions or conclusions.

The scope of this appraisal and ensuing discussion in this report are specific to the needs of the client, other identified intended users and to the intended use of the report. This report was prepared for the sole and exclusive use of the client and other identified intended users for the identified intended use and its use by any other parties is prohibited. The appraiser is not responsible for unauthorized use of the report.

The appraiser's certification appearing in this appraisal report is subject to the following conditions and to such other specific conditions as are set forth by the appraiser in the report. All extraordinary assumptions and hypothetical conditions are stated in the report and might have affected the assignment results.

1. The appraiser assumes no responsibility for matters of a legal nature affecting the property appraised or title thereto, nor does the appraiser render any opinion as to the title, which is assumed to be good and marketable. The property is appraised as though under responsible ownership.

2. Any sketch in this report may show approximate dimensions and is included only to assist the reader in visualizing the property. The appraiser has made no survey of the property.

3. The appraiser is not required to give testimony or appear in court because of having made the appraisal with reference to the property in question, unless arrangements have been previously made thereto.

4. Neither all, nor any part of the content of this report, copy or other media thereof (including conclusions as to the property value, the identity of the appraiser, professional designations, or the firm with which the appraiser is connected), shall be used for any purposes by anyone but the client and other intended users as identified in this report, nor shall it be conveyed by anyone to the public through advertising, public relations, news, sales, or other media, without the written consent of the appraiser.

5. The appraiser will not disclose the contents of this appraisal report unless required by applicable law or as specified in the Uniform Standards of Professional Appraisal Practice.

6. Information, estimates, and opinions furnished to the appraiser, and contained in the report, were obtained from sources considered reliable and believed to be true and correct. However, no responsibility for accuracy of such items furnished to the appraiser is assumed by the appraiser.

7. The appraiser assumes that there are no hidden or unapparent conditions of the property, subsoil, or structures, which would render it more or less valuable. The appraiser assumes no responsibility for such conditions, or for engineering or testing, which might be required to discover such factors. This appraisal is not an environmental assessment of the property and should not be considered as such.

8. The appraiser specializes in the valuation of real property and is not a home inspector, building contractor, structural engineer, or similar expert, unless otherwise noted. The appraiser did not conduct the intensive type of field observations of the kind intended to seek and discover property defects. The viewing of the property and any improvements is for purposes of developing an opinion of the defined value of the property, given the intended use of this assignment. Statements regarding condition are based on surface observations only. The appraiser claims no special expertise regarding issues including, but not limited to: foundation settlement, basement moisture problems, wood destroying (or other) insects, pest infestation, radon gas, lead based paint, mold or environmental issues. Unless otherwise indicated, mechanical systems were not activated or tested.

This appraisal report should not be used to disclose the condition of the property as it relates to the presence/absence of defects. The client is invited and encouraged to employ qualified experts to inspect and address areas of concern. If negative conditions are discovered, the opinion of value may be affected.

Unless otherwise noted, the appraiser assumes the components that constitute the subject property improvement(s) are fundamentally sound and in working order.

Any viewing of the property by the appraiser was limited to readily observable areas. Unless otherwise noted, attics and crawl space areas were not accessed. The appraiser did not move furniture, floor coverings or other items that may restrict the viewing of the property.

9. Appraisals involving hypothetical conditions related to completion of new construction, repairs or alteration are based on the assumption that such completion, alteration or repairs will be competently performed.

10. Unless the intended use of this appraisal specifically includes issues of property insurance coverage, this appraisal should not be used for such purposes. Reproduction or Replacement cost figures used in the cost approach are for valuation purposes only, given the intended use of the assignment. The Definition of Value used in this assignment is unlikely to be consistent with the definition of Insurable Value for property insurance coverage/use.

11. The ACI General Purpose Appraisal Report (GPAR™) is not intended for use in transactions that require a Fannie Mae 1004/Freddie Mac 70 form, also known as the Uniform Residential Appraisal Report (URAR).

Additional Comments Related To Scope Of Work, Assumptions and Limiting Conditions



## Appraiser's Certification

The appraiser(s) certifies that, to the best of the appraiser's knowledge and belief:

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are the appraiser's personal, impartial, and unbiased professional analyses, opinions, and conclusions.

3. Unless otherwise stated, the appraiser has no present or prospective interest in the property that is the subject of this report and has no personal interest with respect to the parties involved.

4. The appraiser has no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

5. The appraiser's engagement in this assignment was not contingent upon developing or reporting predetermined results.

6. The appraiser's compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

7. The appraiser's analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

8. Unless otherwise noted, the appraiser has made a personal inspection of the property that is the subject of this report.

9. Unless noted below, no one provided significant real property appraisal assistance to the appraiser signing this certification. Significant real property appraisal assistance provided by:

Additional Certifications:

10. I HAVE SELECTED AND USED COMPARABLE SALES THAT ARE LOCATIONALLY, PHYSICALLY AND FUNCTIONALLY THE MOST SIMILAR TO THE SUBJECT PROPERTY.

11. I HAVE REPORTED ADJUSTMENTS TO THE COMPARABLE SALES THAT REFLECT THE MARKETS REACTION TO THE DIFFERENCES BETWEEN THE SUBJECT AND THE COMPARABLE SALES.

12. I HAVE KNOWLEDGE AND EXPERIENCE IN APPRAISING THIS TYPE OF PROPERTY IN THIS MARKET AREA.

13. I AM AWARE OF, AND HAVE ACCESS TO THE NECESSARY AND APPROPRIATE PUBLIC AND PRIVATE DATA SOURCES, SUCH AS MULTIPLE LISTING SERVICES, TAX ASSESSMENT RECORDS, PUBLIC LAND RECORDS AND OTHER SUCH DATA SOURCES FOR THE AREA IN WHICH THE PROPERTY IS LOCATED.

---

Definition of Value: [X] Market Value  [ ] Other Value:
Source of Definition: REGULATIONS PUBLISHED BY VARIOUS FEDERAL REGULATORY AGENCIES PURSUANT TO TITLE XI OF FIRREA OF 1989.
THESE AGENCIES INCLUDE THE FEDERAL RESERVE (FRS), THE NATIONAL CREDIT UNION ADMINISTRATION (NCUA), THE FEDERAL DEPOSIT INSURANCE CORPORATION (FDIC), THE OFFICE OF THRIFT SUPERVISION (OTS), AND THE OFFICE OF COMPTROLLER OF CURRENCY (OCC). THIS DEFINITION IS ALSO REFERENCED IN REGULATIONS PUBLISHED BY THE FDIC IN THE INTERAGENCY APPRAISAL AND EVALUATION GUIDELINES, ALSO KNOWN AS PART 323, DATED OCTOBER 27, 1994.

DEFINITION OF MARKET VALUE: THE MOST PROBABLE PRICE WHICH A PROPERTY SHOULD BRING IN A COMPETITIVE AND OPEN MARKET UNDER ALL CONDITIONS REQUISITE TO A FAIR SALE, THE BUYER AND SELLER, EACH ACTING PRUDENTLY, KNOWLEDGEABLY AND ASSUMING THE PRICE IS NOT AFFECTED BY UNDUE STIMULUS. IMPLICIT IN THIS DEFINITION IS THE CONSUMMATION OF A SALE AS OF A SPECIFIED DATE AND THE PASSING OF TITLE FROM SELLER TO BUYER UNDER CONDITIONS WHEREBY: (1) BUYER AND SELLER ARE TYPICALLY MOTIVATED; (2) BOTH PARTIES ARE WELL INFORMED OR WELL ADVISED, AND EACH ACTING IN WHAT HE OR SHE CONSIDERS HIS OR HER OWN BEST INTEREST; (3) A REASONABLE TIME IS ALLOWED FOR EXPOSURE IN THE OPEN MARKET; (4) PAYMENT IS MADE IN TERMS OF CASH IN U.S. DOLLARS OR IN TERMS OF FINANCIAL ARRANGEMENTS COMPARABLE THERETO: AND (5) THE PRICE REPRESENTS THE NORMAL CONSIDERATION FOR THE PROPERTY SOLD UNAFFECTED BY SPECIAL OR CREATIVE FINANCING OR SALES CONCESSIONS GRANTED BY ANYONE ASSOCIATED WITH THE SALE.

---

ADDRESS OF THE PROPERTY APPRAISED:
1600 Altland Ave
York, PA 17404
EFFECTIVE DATE OF THE APPRAISAL: October 16, 2019
APPRAISED VALUE OF THE SUBJECT PROPERTY $ 172,000

| APPRAISER | SUPERVISORY APPRAISER |
|---|---|
| Signature: *Robert E. Thoman* | Signature: |
| Name: ROBERT E. THOMAN, PA STATE CERTIFIED RES APPRAISER | Name: |
| Company Name: BOB THOMAN RESIDENTIAL APPRAISALS | Company Name: |
| Company Address: 6245 Thoman Dr | Company Address: |
| Spring Grove, PA 17362 | |
| Telephone Number: 717-586-3474 | Telephone Number: |
| Email Address: bobthomanappraisals@gmail.com | Email Address: |
| State Certification # RL139445 | State Certification # |
| or License # | or License # |
| or Other (describe): State #: | State: |
| State: PA | Expiration Date of Certification or License: |
| Expiration Date of Certification or License: 06/30/2021 | Date of Signature: |
| Date of Signature and Report: 10/24/2019 | Date of Property Viewing: |
| Date of Property Viewing: 10/16/2019 | Degree of property viewing: |
| Degree of property viewing: | [ ] Interior and Exterior  [ ] Exterior Only  [ ] Did not personally view |
| [X] Interior and Exterior  [ ] Exterior Only  [ ] Did not personally view | |



Bob Thoman Residential Appraisals

# USPAP ADDENDUM

File No. 19-535

| | |
|---|---|
| Borrower: | Heather Marshall |
| Property Address: | 1600 Altland Ave |
| City: | York | County: York | State: PA | Zip Code: 17404 |
| Lender: | Heather Marshall |

## APPRAISAL AND REPORT IDENTIFICATION

This report was prepared under the following USPAP reporting option:

[X] Appraisal Report          A written report prepared under Standards Rule 2-2(a).

[ ] Restricted Appraisal Report   A written report prepared under Standards Rule 2-2(b).

Pursuant to the Scope of Work, as disclosed elsewhere in this report.

## Reasonable Exposure Time

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is: 0-60 days.

Please view the Reasonable Exposure Time comments under the Additional Comments section of this form as shown below

## Additional Certifications

[X] I have performed NO services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

[ ] I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

See Attached Addendum

## Additional Comments

The reasonable exposure time for the Subject was based on a historical analysis completed on the comparable sales which shows the majority sold when their exposure time was within a 0-60 day time frame.
Exposure time is always presumed to precede the effective date of the appraisal. It is the estimated length of time the property would have been offered on the market, prior to the hypothetical sale, at the appraised value, on the effective date of the appraisal. It is a retrospective estimate based on an analysis of past events assuming a competitive and open market. This includes not only adequate, sufficient and reasonable time, but adequate, sufficient and reasonable effort. It is often expressed as a range and is based on the following:
1. Statistical information about days on the market, most commonly obtained from the local Multiple Listing Service.
2. Information gathered through sale verification.
3. Interviews with market participants.
This is based on an analysis of current market trends in the general area and takes into account the size, condition and price range of the Subject property and surrounding area. It presupposes that the listed price would be at or near the appraised value. It also assumes aggressive professional marketing by reputable local real estate offices.

| APPRAISER: | SUPERVISORY APPRAISER (only if required): |
|---|---|
| Signature: *Robert E. Thoman* | Signature: |
| Name: ROBERT E. THOMAN | Name: |
| Date Signed: 10/24/2019 | Date Signed: |
| State Certification #: RL139445 | State Certification #: |
| or State License #: | or State License #: |
| or Other (describe): ____ State #: ____ | State: |
| State: PA | Expiration Date of Certification or License: |
| Expiration Date of Certification or License: 06/30/2021 | Supervisory Appraiser inspection of Subject Property: |
| Effective Date of Appraisal: October 16, 2019 | [ ] Did Not   [ ] Exterior-only from street   [ ] Interior and Exterior |

# ADDENDUM

**Additional Certifications Comments**

Comments on Standards Rule 2-3:

I certify that, to the best of my knowledge and belief:

The statements of fact contained in this report are true and correct.

The reported analyses, opinions and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial and unbiased professional analyses, opinions and conclusions.

Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

Unless otherwise indicated, I have performed no services, as an Appraiser or in any other capacity, regarding the property that is the subject of this report within the three year period immediately preceding acceptance of this assignment.

I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.

My engagement in this assignment was not contingent upon developing or reporting predetermined results.

My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of the Appraisal.

My analyses, opinions and conclusions were developed, and the report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.

Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.

Unless otherwise indicated, no one provided significant real property appraisal assistance to the persons signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report)

The report has been prepared in accordance with Title XI of FIRREA as amended, and any implementing regulations.

| Client: Heather Marshall | File No.: 19-535 |
|---|---|
| Property Address: 1600 Altland Ave | Case No.: |
| City: York | State: PA | Zip: 17404 |



Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Net Size | Net Totals |
| GLA1 | First Floor | 1640.0 | 1640.0 |
| GAR | Garage | 528.0 | 528.0 |
| | Net LIVABLE Area | (Rounded) | 1640 |

| LIVING AREA BREAKDOWN | |
|---|---|
| Breakdown | Subtotals |
| First Floor | |
| 16.0  x   50.0 | 800.0 |
| 28.0  x   30.0 | 840.0 |
| 2 Items    (Rounded) | 1640 |

6245 THOMAN DR, SPRING GROVE, PA 17362  717-586-3474

| Client: Heather Marshall | File No.: 19-535 |
|---|---|
| Property Address: 1600 Altland Ave | Case No.: |
| City: York | State: PA  Zip: 17404 |



6245 THOMAN DR, SPRING GROVE, PA 17362  717-586-3474

# FLOOD MAP

| | |
|---|---|
| Client: Heather Marshall | File No.: 19-535 |
| Property Address: 1600 Altland Ave | Case No.: |
| City: York | State: PA    Zip: 17404 |



Subject
1600 Altland Ave
York, PA 17404

## FLOOD INFORMATION

**Community: TOWNSHIP OF WEST MANCHESTER**
Property is NOT in a FEMA Special Flood Hazard Area
Map Number: 42133C0309F
Panel: 0309F
Zone: X
Map Date: 12-16-2015
FIPS: 42133
Source: FEMA DFIRM

## LEGEND

■ = FEMA Special Flood Hazard Area – High Risk

■ = Moderate and Minimal Risk Areas

Road View:

■ = Forest          ■ = Water

## Sky Flood™

No representations or warranties to any party concerning the content, accuracy or completeness of this flood report, including any warranty of merchantability or fitness for a particular purpose is implied or provided. Visual scaling factors differ between map layers and are separate from flood zone information at marker location. No liability is accepted to any third party for any use or misuse of this flood map or its data.

| Client: Heather Marshall | File No.: 19-535 |
|---|---|
| Property Address: 1600 Altland Ave | Case No.: |
| City: York | State: PA | Zip: 17404 |



FRONT VIEW OF
SUBJECT PROPERTY

Appraised Date: October 16, 2019
Appraised Value: $ 172,000



REAR VIEW OF
SUBJECT PROPERTY



STREET SCENE

| Client: Heather Marshall | | File No.: 19-535 |
|---|---|---|
| Property Address: 1600 Altland Ave | | Case No.: |
| City: York | State: PA | Zip: 17404 |



Living Room



Kitchen



Hallway Full Bathroom



Master Bathroom



Right Front Side View



Left Rear Side View

| Client: Heather Marshall | File No.: 19-535 |
|---|---|
| Property Address: 1600 Altland Ave | Case No.: |
| City: York | State: PA | Zip: 17404 |



**COMPARABLE SALE #1**

1616 Altland Ave
York, PA 17404
Sale Date: 09/30/2019
Sale Price: $ 169,900



**COMPARABLE SALE #2**

1800 Altland Ave
York, PA 17404
Sale Date: 08/02/2019
Sale Price: $ 155,000



**COMPARABLE SALE #3**

1989 Worth St
York, PA 17404
Sale Date: 08/30/2019
Sale Price: $ 175,000

| | |
|---|---|
| Client: Heather Marshall | File No.: 19-535 |
| Property Address: 1600 Altland Ave | Case No.: |
| City: York | State: PA | Zip: 17404 |



**COMPARABLE SALE #4**

1769 Altland Ave
York, PA 17404
Sale Date: 10/26/2018
Sale Price: $ 179,900

**COMPARABLE SALE #5**

Sale Date:
Sale Price: $

**COMPARABLE SALE #6**

Sale Date:
Sale Price: $

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Heather Elaine Marshall** |
| | First Name         Middle Name         Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name         Middle Name         Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number | **1:19-bk-04051** |
| (if known) | |

■ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt 4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **1600 Altland Ave York, PA 17404 Residence: 3 Br Rancher With 2.5 Ba, Kitchen, Lr, Dr, Attached Garage**<br>Line from *Schedule A/B*: **1.1** | $172,000.00 | ■ $6,290.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| **Household: Second Hand Furniture, Kitchenware, Tools, Cell Phone, Eye Glasses, Old Gas Grill (Partially Broken)**<br>Line from *Schedule A/B*: **6.1** | $885.00 | ■ $885.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Electronics: 1 Hp Laptop**<br>Line from *Schedule A/B*: **7.1** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Sports-Hobby: 1 Used Pop Tent, 2 Fold Up Chairs, Camp Cot**<br>Line from *Schedule A/B*: **9.1** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Clothes: Work Clothes, Casual Clothes, Sleep Wear, Shoes, Purses**<br>Line from *Schedule A/B*: **11.1** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Jewelry: 4 Diamond Rings($100), 1 Topaz Ring($20), 1 Green Amethyst Ring ($20), 1 Emerald & Diamond Ring ($90)**<br>Line from *Schedule A/B*: **12.1** | $210.00 | ■ $210.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| **Checking Account: Pnc Bank**<br>Line from *Schedule A/B*: **17.1** | $1,272.00 | ■ $1,272.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Savings Account: Pnc Bank**<br>Line from *Schedule A/B*: **17.2** | $311.28 | ■ $311.28<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Retirement: Nfs/fmtc Rollover Ira, Pnc Investments,llc**<br>Line from *Schedule A/B*: **21.1** | $25,805.13 | ■ $25,805.13<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |
| **Retirement: Fidelity Investment**<br>Line from *Schedule A/B*: **21.2** | $858.00 | ■ $858.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |
| **Cash for auction sale of jewelry**<br>Line from *Schedule A/B*: **35.1** | $9,000.00 | ■ $9,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Delta Dental reimbursement check**<br>Line from *Schedule A/B*: **35.2** | $87.00 | ■ $87.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1  **Heather Elaine Marshall**
First Name      Middle Name      Last Name

Debtor 2
(Spouse if, filing)
First Name      Middle Name      Last Name

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF PENNSYLVANIA

Case number  **1:19-bk-04051**
(if known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☐ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Heather Elaine Marshall**      X _____
**Heather Elaine Marshall**
Signature of Debtor 1      Signature of Debtor 2

Date  **October 25, 2019**      Date _____

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy