```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                               Case No. 19-04051-HWV
Heather Elaine Marshall                                              Chapter 13
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1        User: PRatchfor           Page 1 of 1            Date Rcvd: Oct 28, 2019
                            Form ID: ntcnfhrg         Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2019.
```
db             +Heather Elaine Marshall,    1600 Altland Ave,    York, PA 17404-4902
5249619        +Alexander Bila,    528 Jessop Place,    York, PA 17401-3549
5249620       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,     Po Box 982238,    El Paso, TX 79998)
5249621        +Cap1/dbarn,    Po Box 30258,    Salt Lake City, UT 84130-0258
5249618         Department of Revenue,    1 Revenue Place,    Harrisburg, PA 17129-0001
5249626        +Pnc Bank, N.a.,    Po Box 3180,    Pittsburgh, PA 15230-3180
5249627        +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
5249628        +Radius Global Solution,    9550 Regency Square,    Jacksonville, FL 32225-8169
5249631        +Wells Fargo Dealer Svc,    Po Box 10709,    Raleigh, NC 27605-0709
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 28 2019 19:47:10
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5249622        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 28 2019 19:47:08
                 Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
5249623        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 28 2019 19:42:09       Comenitybank/kay,
                 3100 Easton Square Pl,    Columbus, OH 43219-6232
5249624        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 28 2019 19:42:09       Comenitycb/diamondint,
                 Po Box 182120,    Columbus, OH 43218-2120
5249625        +E-mail/PDF: creditonebknotifications@resurgent.com Oct 28 2019 19:47:33       Credit One Bank Na,
                 Po Box 98872,    Las Vegas, NV 89193-8872
5249616         E-mail/Text: cio.bncmail@irs.gov Oct 28 2019 19:41:57       Internal Revenue Service,
                 Centralized Insolvency Operation,    Post Office Box 7346,    Philadelphia, PA 19101-7346
5249629        +E-mail/PDF: gecsedi@recoverycorp.com Oct 28 2019 19:47:27       Syncb/lowes,    Po Box 965005,
                 Orlando, FL 32896-5005
5249630        +E-mail/PDF: gecsedi@recoverycorp.com Oct 28 2019 19:47:03       Syncb/reeds Jewelers,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
5250157        +E-mail/PDF: gecsedi@recoverycorp.com Oct 28 2019 19:47:49       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5249617        +E-mail/Text: kcm@yatb.com Oct 28 2019 19:41:13      York Adams Tax Bureau,    PO BOX 15627,
                 York, PA 17405-0156
                                                                                              TOTAL: 10

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Heather Elaine Marshall dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Heather Elaine Marshall, | Chapter 13 |
| **Debtor 1** | Case No. 1:19–bk–04051–HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**November 27, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: December 4, 2019 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101–1737 (717) 901–2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: PRatchford, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: October 28, 2019 |

ntcnfhrg (03/18)