UNITED STATES BANKRUPTCY COURT

Middle District of Pennsylvania (Harrisburg)

IN RE:    HEATHER E MARSHALL          CASE NO:    19-04051
                                      CHAPTER:    13

        Debtor (s)

## Change of Address − Notifications for Creditor

As to Claim  7-1,  Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for
Notifications has changed.

Old Notice Address                       New Notice Address

PO Box 130000                            P.O. Box 169005
Raleigh NC 27605                         Irving, TX 75016

Please note that the address for payment **has not changed**.  Consult the proof of claim for the
payment address.

Creditor Phone Number: 1-888-875-9372
Creditor Email Address:  BKChapter13@WellsFargo.com

_____7/18/2024_____              /s/ LaDonna Broadway_____
                                  Bankruptcy Processor
                                  Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (03/15/24)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

Case 1:19-bk-04051-HWV    Doc 34    Filed 07/18/24    Entered 07/18/24 12:26:13    Desc
Main Document      Page 1 of 2

## <u>CERTIFICATE OF SERVICE</u>

Middle District of Pennsylvania (Harrisburg)

IN RE:   HEATHER E MARSHALL          CASE NO:   19-04051
                                      CHAPTER:   13

　　　　Debtor (s)

In addition to the parties who will be served via the Court's ECF system, I certify that on _____7/18/2024_____, I served a true and correct copy of the above notice of address change on the Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not represented by counsel.


_____7/18/2024_____                    /s/ LaDonna Broadway_____
                                          Bankruptcy Processor
                                          Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (03/15/24)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.