# UNITED STATES BANKRUPTCY COURT

__Middle__ District Of __Pennsylvania__

In re __Heather Elaine Marshall__    Case No. __19-04051__
          Debtor

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

[X] I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

[ ] I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

[X] I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

[ ] I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

---

\* Amounts are subject to adjustment on 4/01/25, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

*Part IV. Debtor's Signature*

      I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on _____    _____
              Date                                      Debtor

*Heather Marshall (Nov 1, 2024 18:13 EDT)*

# Fillable blank cert no support

Final Audit Report 2024-11-01

| | |
|---|---|
| Created: | 2024-10-29 |
| By: | DAWN CUTAIA (kelley.freshstartlaw@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAwWRPsOBgr0Rn2iH0kU-SVyv8Eou9YmlA |

## "Fillable blank cert no support" History

- Document created by DAWN CUTAIA (kelley.freshstartlaw@gmail.com)
  2024-10-29 - 3:07:55 PM GMT

- Document emailed to colleendoll@aol.com for signature
  2024-10-29 - 3:08:19 PM GMT

- Email viewed by colleendoll@aol.com
  2024-11-01 - 10:10:20 PM GMT

- Signer colleendoll@aol.com entered name at signing as Heather Marshall
  2024-11-01 - 10:13:14 PM GMT

- Document e-signed by Heather Marshall (colleendoll@aol.com)
  Signature Date: 2024-11-01 - 10:13:16 PM GMT - Time Source: server

- Agreement completed.
  2024-11-01 - 10:13:16 PM GMT

**Adobe Acrobat Sign**